**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1460**

———————

WARREN R. RING,

                               Plaintiff - Appellant,

      versus

ZANE SCOTT, Assistant Commonwealth Attorney,
Wise County, Virginia,

                               Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CA-98-117-2)

———————

Submitted: June 17, 1999          Decided: June 22, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Warren R. Ring, Appellant Pro Se. Steven Ray Minor, ELLIOTT, LAWSON & POMRENKE, Bristol, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Ring appeals the district court's orders granting Scott's motions for summary judgment and dismissing his civil complaint. We have reviewed the record and the district court's opinions and find no reversible error. The district court properly found that Scott was protected by qualified immunity for his part in the search of Ring's home because he reasonably believed that Ring had consented to the search. We further find that the district court correctly granted summary judgment on Ring's claim concerning the alleged failure to return certain seized property because the undisputed evidence shows that the sheriff's office was solely responsible for this property, and Scott could reasonably assume that the sheriff's office would properly perform its duties. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>